**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CR. No. 2:25-cr-20287-SHL** |
| | ) | |
| **MALIK D. WILLIAMS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER DISMISSING INDICTMENT**

Upon motion of the United States, the Court hereby ORDERS that the indictment filed in

this case is dismissed without prejudice as to Defendant Malik D. Williams.

IT IS SO ORDERED, this 1st day of July 2026.


_s/ Sheryl H. Lipman_
HONORABLE SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT COURT JUDGE